WALLACE v. STATE.    (No. 4880.)

(Court of Criminal Appeals of Texas.    Feb. 6, 1918.)

CRIMINAL LAW ☞1090(14) — REVIEW — INSTRUCTIONS—RECORD.

In the absence of a statement of facts or bill of exceptions, an exception to the court's charge on circumstantial evidence will not be reviewed, unless the matter is of a very serious or fundamental nature.

Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge.

John Wallace was convicted of passing a forged instrument, and he appeals. Affirmed.

See, also, 197 S. W. 869.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J.    Appellant was convicted of passing a forged instrument, and allotted two years' confinement in the penitentiary.

The record is before us without a statement of facts or bill of exceptions. Exception was reserved to the court's charge on circumstantial evidence. The charge seems to be in conformity with the law, but without the evidence the matter would not be reviewed, unless of a very serious or fundamental nature. We think the charge is sufficient to present that phase of the law.

The judgment is affirmed.